UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN JENNINGS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 4:94CV1349 CDP ) |
| MICHAEL GROOSE, | ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner asks me to reconsider my March 31, 2015, Memorandum and Order denying in part and dismissing in part his motion for relief from judgment under Rule 60 of the Federal Rules of Civil Procedure. As petitioner makes no legal or factual arguments convincing me that my prior decision was in error, the motion to alter or amend judgment will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to alter or amend the judgment [#31] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2015.